No. 02–10475. SMITH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2348. IN RE DISBARMENT OF APPLEBERRY. Disbarment entered. [For earlier order herein, see 538 U. S. 903.]

No. D–2349. IN RE DISBARMENT OF DANERI. Disbarment entered. [For earlier order herein, see 538 U. S. 903.]

No. D–2350. IN RE DISBARMENT OF CARSEY. Disbarment entered. [For earlier order herein, see 538 U. S. 903.]

No. D–2351. IN RE DISBARMENT OF LAYER. Disbarment entered. [For earlier order herein, see 538 U. S. 903.]

No. D–2352. IN RE DISBARMENT OF MONAHAN. Disbarment entered. [For earlier order herein, see 538 U. S. 903.]

No. D–2353. IN RE DISBARMENT OF GIBBONS. Disbarment entered. [For earlier order herein, see 538 U. S. 903.]

No. 02M76. IN RE HERRING ET AL. Motion for leave to file petition for writ of error *coram nobis* denied.

No. 02M103. HALL *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 01–1531. MAYNES *v.* COLORADO, 536 U. S. 906. Motion of petitioner to strike petition for writ of certiorari denied.

No. 02–10934. IN RE HUTCHING. Petition for writ of habeas corpus denied.

No. 02–10175. IN RE BRUNER; and
No. 02–10335. IN RE CLARK. Petitions for writs of mandamus denied.

No. 02–1389. UNITED STATES *v.* GALLETTI ET AL. C. A. 9th Cir. Certiorari granted.